UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TODDRICK O. HENDERSON,

    Plaintiff,

v.   Case No. 2:20-cv-267-SPC-MRM

H. RAMSEY,

    Defendant.

## ORDER

Before the Court is Plaintiff Toddrick Henderson's Motion for Default Judgment (Doc. 44). Henderson—a prisoner of the Florida Department of Corrections—sued Charlotte Correctional Institution and seven prison officials for violations of the Eighth Amendment. (Doc. 9). The Court granted Henderson leave to proceed *in forma pauperis*, dismissed Charlotte Correctional, and directed service on the remaining Defendants. (Docs. 10, 16). After Defendants failed to timely appear, the Clerk entered default against them. (Docs. 32-34). The Court later set aside the default for good cause shown. (Doc. 40). Defendants filed a motion to dismiss, and the Court dismissed Henderson's claims against all Defendants except Ramsey. (Docs. 41, 48). Ramsey then filed an answer within the time prescribed by the Court. (Doc. 52). Thus, none of the current or former Defendants are in default, and Henderson is not entitled to default judgment.

Accordingly, Henderson's Motion for Default Judgment (Doc. 44) is **DENIED**.

**DONE AND ORDERED** in Fort Myers, Florida this 14th day of July 2021.

Mac R. McCoy
United States Magistrate Judge

SA:  FTMP-1
Copies to   Counsel of Record
            Unrepresented Parties