UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TODDRICK O. HENDERSON,

    Plaintiff,

v.                                        Case No. 2:20-cv-267-SPC-MRM

H. RAMSEY,

    Defendant.

## ORDER

Before the Court is Toddrick Henderson's Motion for Appoint of Counsel. (Doc. 54). Henderson—a prisoner of the Florida Department of Corrections—requests the Court appoint him counsel to help litigate his civil rights claim.

Although a plaintiff in a civil case has no constitutional right to counsel, district courts have discretion under 28 U.S.C. § 1915(e)(1) to appoint counsel for civil plaintiffs proceeding *in forma pauperis* in exceptional circumstances. *Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999). In determining whether "exceptional circumstances" warrant appointment of counsel, the Court considers: (1) the type and complexity of the case; (2) whether the litigant is capable of adequately presenting his case; (3) whether the litigant is in a position to adequately investigate the case; and (4) whether the evidence will consist in large part of conflicting testimony so as to require skill in the presentation of evidence and in cross-examination. *Burgess v. Bradshaw*, 626 F. App'x 257, 259 (11th Cir. 2015) (citation omitted).

Henderson has not shown that "his status as a layman prevents him from presenting the essential merits of his position." *Kilgo v. Ricks*, 983 F.2d 189, 193 (11th Cir. 1993). Henderson has demonstrated that he understands the filings and can prepare his own submissions to this Court. Although he has limited access to a law library and limited legal knowledge, the claims are straightforward and do not present complex or novel issues. What is more, cases like this are commonly litigated by pro se plaintiffs. The Court does not find any exceptional circumstances that justify appointment of counsel at this stage of the case. If this action survives summary judgment and the Court sets it for trial, Henderson may renew his request.

Accordingly, it is now

**ORDERED:**

Plaintiff Toddrick Henderson's Motion for Appointment Counsel (Doc. 54) is **DENIED.**

**DONE AND ORDERED** in Fort Myers, Florida on August 11, 2021.

_____
Mac R. McCoy
United States Magistrate Judge

SA:   FTMP-1

Copies to   Counsel of Record
            Unrepresented Parties